IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL.   )
                                  )
v.                                )   No. 3:01-0706
                                  )   JUDGE CAMPBELL
WB MUSIC CORP., ET AL.            )

ORDER

This case was transferred to the undersigned Judge on January 30, 2006 upon the retirement of Senior Judge Thomas Higgins (Docket No. 507).

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 496); Rule 72 Objections of Defendant Universal-Polygram International Publishing, Inc. to October 20, 2005, Report & Recommendation Re: Motion for Attorneys' Fees and Costs (Docket No. 502); and Plaintiff's Objections to Report and Recommendation Regarding Defendant Universal-Polygram International Publishing, Inc's Renewed Motion for Attorneys' Fees and Costs Following Remand (Docket No. 503). The Court has made a de novo review of the Magistrate Judge's Report and Recommendation. 28 U.S.C. §636(b)(1)(B).

Defendant Universal-Polygram's objections (Docket No. 502) and Plaintiff's objections (Docket No. 503) are OVERRULED, and the Magistrate Judge's Report and Recommendation (Docket No. 496) is ADOPTED and APPROVED.

Accordingly, Defendant's renewed motion for attorneys' fees and costs (Docket No. 470) is GRANTED in part and DENIED in part, and Defendant Universal-Polygram International Publishing, Inc. is awarded $79,340.94 in attorneys' fees and $3,409.35 in nontaxable costs.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

2