IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., et al. )
)
v. ) NO. 3:01-0706
) JUDGE CAMPBELL
WB MUSIC CORP., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 526), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Universal-Polygram International Publishing, Inc.'s ("UPIP") Motion for Attorneys' Fees is granted in part and denied in part as follows. Defendant UPIP is awarded attorneys' fees in the amount of $22,600.00 and nontaxable costs in the amount of $1,878.48.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE